Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00403-CV

**IN THE INTEREST OF J.P.**, a Child

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 28075
Honorable Bert Richardson, Judge Presiding

Opinion by:　Karen Angelini, Justice

Sitting:　　　Karen Angelini, Justice
　　　　　　　Phylis J. Speedlin, Justice
　　　　　　　Steven C. Hilbig, Justice

Delivered and Filed:　November 14, 2012

AFFIRMED

Appellant Mother M.P. and Appellant Father B.C. appeal the trial court's order terminating their parental rights to J.P. Both of Appellants' court-appointed attorneys have filed briefs containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. Both of Appellants' court-appointed attorneys have, respectively, concluded that this appeal is without merit. Both briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04–03–00096–CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, order) (applying *Anders* procedure in appeal from termination of parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio 2003, no pet.). Further, Appellant Mother M.P.'s counsel states that he provided

Appellant Mother M.P. with a copy of the brief and informed her of her right to review the record and file a pro se brief. Similarly, Appellant Father B.C.'s counsel states that he provided Appellant Father B.C. with a copy of the brief and informed him of his right to review the record and file a pro se brief. Neither Appellant Mother M.P. nor Appellant Father B.C. has filed a pro se brief.

After reviewing the record and counsels' briefs, we agree that the appeal is frivolous and without merit. Therefore, the Order of Termination signed by the trial court is affirmed. We grant counsels' motions to withdraw. *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n. 1 (Tex. App.—San Antonio 1996, no pet.).

Karen Angelini, Justice